UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-              :      INDICTMENT

DAVID RICARDO MAYERS,     :      10 Cr.

    a/k/a "David C. Carter,"
    a/k/a "Adrian Mayers,"
    a/k/a "David Meyers,"
    a/k/a "David Myers"

              Defendant.

- - - - - - - - - - - - - - - - - - x



## COUNT ONE

The Grand Jury charges:

From at least on or about November 28, 2009, in the Southern District of New York and elsewhere, DAVID RICARDO MAYERS, a/k/a "David C. Carter," a/k/a "Adrian Mayers," a/k/a "David Meyers," a/k/a "David Myers," the defendant, being an alien, after having been removed from the United States on or about October 20, 1994, unlawfully did enter and was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission, and did so subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about September 30, 1991, in New York Supreme Court, New York County, for criminal sale of a controlled substance in the Fifth

Degree, a class D felony, in violation of New York Penal Law Section 220.31.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

DAVID RICARDO MAYERS,

a/k/a "David C. Carter,"
a/k/a "Adrian Mayers,"
a/k/a "David Meyers,"
a/k/a "David Myers"

**Defendant.**

### INDICTMENT

10 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

1/8/10  Close asssigned to J Betts

M J Gorenstein