```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/10/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

    - against -                        10 Cr. 20 (DAB)
                                        ORDER

DAVID MAYERS,

                        Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    Defendant is currently scheduled to be sentenced on September 13, 2010. On September 8, 2010, the Government filed an untimely Supplemental Sentencing Submission. Defendant responded on September 9, 2010. At Defendant's request, the Court hereby adjourns Defendant's sentencing until October 18, 2010 at 10:30 A.M.

    SO ORDERED.

Dated:    New York, New York
           September 10, 2010

                                                DEBORAH A. BATTS
                                          United States District Judge